UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY K. LAWSON,

    Plaintiff,

v.

    File no: 4:06-CV-33

    HON. ROBERT HOLMES BELL

DOUGLAS A. BROUSSEAU, et al.,

    Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that plaintiff's complaint is hereby **DISMISSED**.


Date:   May 18, 2006      /s/ Robert Holmes Bell
      ROBERT HOLMES BELL
      CHIEF UNITED STATES DISTRICT JUDGE